IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ADRIAN L. PATTERSON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:07-CV-282-L** |
| § | |
| **DALLAS COUNTY JAIL SYSTEM, et. al.,** § | |
| § | |
| Defendants. § | |

# ORDER

This civil rights action under 42 U.S.C. § 1983 brought by *pro se* Plaintiff Adrian L. Patterson ("Patterson") against the Dallas County Jail system, the Dallas County Jail Medical Department, and three detention officers alleging denial of medical care and unsanitary jail conditions. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On March 22, 2007, the Findings and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

After making an independent review of the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings of the magistrate judge that Patterson failed to exhaust his administrative remedies are correct. As the court determines that the magistrate judge's findings are correct, they are **accepted** as those of the court. Accordingly, this case is hereby **dismissed without prejudice**.

**Order – Page 1**

**It is so ordered** this 27th day of April, 2007.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**